```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOUIS ROSSI,                        )
                                    )  Civil Action
           Plaintiff                )  No. 12-cv-07270
                                    )
     vs.                            )
                                    )
JOHN QUARMLEY;                      )
JAMES MORTON, III; and              )
PRINCIPIA VENTURES LLC,             )
                                    )
           Defendants               )
```

**O R D E R**

NOW, this 25th day of March, 2014 upon consideration of the following documents:

(1) Defendants' Motion to Dismiss Plaintiff's Amended Complaint, which motion was filed July 1, 2013 (Document 22); together with

> Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Document 22-1);

(2) Response in Opposition to Motion to Dismiss Amended Complaint, which response was filed July 15, 2013 (Document 23); together with

> Memorandum of Law in Support of Response in Opposition to Motion to Dismiss Amended Complaint (Document 23-2);

(3) Reply Brief in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, which reply brief was filed August 5, 2013 (Document 27);

(4) Sur-Reply in Opposition to Motion to Dismiss Amended Complaint, which sur-reply was filed August 6, 2013 (Document 29); and

    (5) Amended Complaint filed June 17, 2013
      (Document 21),

and for the reasons expressed in the accompanying Opinion,

  <u>IT IS ORDERED</u> that Defendants' Motion to Dismiss Plaintiff's Amended Complaint is granted.

  <u>IT IS FURTHER ORDERED</u> that Count I of plaintiff's Amended Complaint is dismissed for failure to state a claim upon which relief can be granted.

  <u>IT IS FURTHER ORDERED</u> that Counts II through VII of Plaintiff's Amended Complaint are dismissed for lack of subject matter jurisdiction.

  <u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall mark this case closed for statistical purposes.

              BY THE COURT:


              <u>/s/ JAMES KNOLL GARDNER</u>
              James Knoll Gardner
              United States District Judge